JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIRONG WANG,<br>Plaintiff,<br>v.<br>PAM BONDI, et al.,<br>Defendant. | CV 26-1261 PA (BFMx)<br>JUDGMENT |

Pursuant to the Court's October 15, 2026 Minute Order dismissing this action for lack of prosecution and for failure to comply with a Court order,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed without prejudice.

DATED: October 15, 2026

Percy Anderson
UNITED STATES DISTRICT JUDGE